**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 171 WAL 2017
                                                   :

            Respondent                 :

                                                 :   Petition for Allowance of Appeal from
                                                 :   the Order of the Superior Court

            v.                      :

JACOB ALLEN YOCKEY,              :

            Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.